**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ISRAEL CUEVAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LEMON-X CORPORATION a Foreign Profit Corporation and KEVIN P. KELLY, SIR, Individually, | ) ) ) ) |
| | ) CASE NO.: _____ |
| Defendants. | ) ) ) ) |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants LEMON-X CORPORATION, A Foreign Profit Corporation ("Lemon-X") and KEVIN P. KELLY, SIR ("Kelly"),[1] by and through undersigned counsel, remove the case styled *Israel Cuevas v. Lemon-X Corporation, A Foreign Profit Corporation and Kevin P. Kelly, SIR, Individually,* Case No.: 2016-CA-001040, currently pending in the Circuit Court of the Tenth Judicial Circuit, in and for Polk County, Florida, (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division. As grounds, Defendants Lemon-X and Kelly state:

1. On or about March 29, 2016, Plaintiff Israel Cuevas ("Plaintiff") initiated the State Court Action. A Summons and Complaint were served on or about April 15, 2016. Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of

---

[1] Defendant Kelly joins in removal, and does not waive and preserves all service, jurisdictional and other defenses to being named in this action as a party defendant, and retains the right to recover attorneys' fees and costs under applicable law.

Removal within 30 days after receipt of a copy of Plaintiff's initial pleading. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all process, pleadings, motions, and orders then on file in the State Court Action is attached as **Exhibit "A."** No further proceedings have occurred in the State Court Action.

2. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the district and division within which the Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida, is located.

3. Plaintiff's Complaint alleges unpaid overtime and/or minimum wages under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) *et. seq.* ("FLSA"). Thus, this Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. § 1331, and this case is properly removable under 28 U.S.C. § 1441(a).

6. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

8. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Tenth Judicial Circuit, in and for Polk County, Florida, as provided by law, which is attached hereto as **Exhibit "B".**

WHEREFORE, Defendants remove the State Court Action and respectfully request that this Court take jurisdiction of this action and issue all necessary orders and process to remove the State Court Action to the United States District Court for the Middle District of Florida, Tampa Division.

Dated May 5, 2016.

        Respectfully submitted,

        */s/ Kevin D. Zwetsch*
        Kevin D. Zwetsch, Esq.
        Florida Bar Number: 0962260
        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        100 North Tampa Street, Suite 3600
        Tampa, Florida  33602
        Telephone:  (813) 289-1247
        Facsimile:  (813) 289-6530
        E-mail: kevin.zwetsch@ogletreedeakins.com
        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 5, 2016, I filed the foregoing with the Court using the CM/ECF system.

**I FURTHER CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. First Class mail, postage paid and electronic mail upon Plaintiff's counsel:  Jason S. Remer, Esq. and Brody M. Shulman, Esq., REMER & GEORGES-PIERRE, PLLC, 44 West Flagler Street, Suite 2200, Miami, FL 33130, jremer@rgpattorneys.com.

        */s/ Kevin D. Zwetsch*
        Attorney

24729198.1